UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-339 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **VICTOR BLASSINGAME** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Wendy L. Short, at telephone number (202) 514-1885 and/or email address Wendy. Short@usdoj.gov.  Ms. Short will substitute for Assistant United States Attorney Amy Jeffress as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____

Wendy L. Short
Assistant United States Attorney
Narcotics Section, Bar No. 461-801
555 4th Street, NW, Room 4245
Washington, DC 20530
(202) 514-1885