THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Cr. No. 339(JDB) |
| **VICTOR BLASSINGAME,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**ORDER**

Upon consideration of defendant's Motion to Suppress Physical Evidence and the response thereto, it is by the Court hereby

ORDERED that the motion is GRANTED and that the physical evidence shall be SUPPRESSED.

SO ORDERED

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Wendy Short, AUSA
Lara G. Quint, AFPD