UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-339 (JDB) |
| | : | |
| v. | : | |
| | : | |
| VICTOR BLASSINGAME | : | |
| | : | |

GOVERNMENT'S MOTION FOR LEAVE TO LATE FILE ITS
MOTION TO IMPEACH DEFENDANT WITH HIS PRIOR CONVICTIONS
<u>PURSUANT TO RULE 609</u>

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for leave to late file its Motion to Impeach Defendant with his Prior Convictions Pursuant to Rule 609. In support of this motion, the United States submits the following:

1. Undersigned counsel has only recently transferred into the Criminal Division of the United States Attorney's Office and been assigned primary responsibility for this matter from another attorney.

2. Due to the large volume of cases assigned to undersigned counsel and other administrative and trial responsibilities, written notification could not be prepared earlier.

3. It was after the close of business when this motion was completed. Accordingly, undersigned counsel cannot represent to the Court the position of the defense on this motion. The defendant will not be prejudiced by the government's motion, however, as it concerns matters that are otherwise routine.

WHEREFORE, the United States respectfully requests that it be permitted to late file its Motion to Impeach Defendant with his Prior Convictions Pursuant to Rule 609.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

_____
G. MICHAEL HARVEY
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 447465
555 4th St., N.W., Room 4243
Washington, DC 20530
(202) 305-2195; (202) 514-6010