IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> **v.** ) <br> ) <br> **VICTOR BLASSINGAME** ) <br> _____ ) | **Cr. No. 05-0339 (JDB)** |

**ORDER**

Upon consideration of the Defendant's Opposition to the Government's Motion to Use Prior Convictions for Impeachment, it is this ___ day of _____ , 200_, hereby

**ORDERED** that the defendant's motion is **GRANTED** and that evidence of his prior convictions will be excluded from evidence at trial.

**SO ORDERED**.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE