UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-339 (JDB) |
| | : | |
| v. | : | |
| | : | |
| VICTOR BLASSINGAME | : | |
| | : | |

### GOVERNMENT'S PROPOSED JURY INSTRUCTIONS

The United States, by and through its attorney, Kenneth L. Wainstein, the United States Attorney for the District of Columbia, hereby submits the following proposed jury instructions.

### PROPOSED JURY INSTRUCTIONS

All citations are to the Red Book Criminal Jury Instructions unless otherwise noted.

| | |
|---|---|
| 1.02 | Note Taking by Jurors (if applicable) |
| 1.03 | Preliminary Instruction Before Trial |
| 1.04 | Stipulation of Fact |
| 1.05 | Cautionary Instruction Prior to First Recess |
| 1.07 | Questions Not Evidence |
| 1.08 | Expert Testimony (if applicable) |
| 1.10 | Evaluation of Prior Inconsistent Statement of a Witness (if applicable) |
| 1.11 | Evaluation of Prior Consistent Statement of a Witness (if applicable) |
| 1.12 | Impeachment By Proof of Conviction of a Crime - Witness (if applicable) |
| 1.13 | Impeachment By Proof of Conviction of a Crime - Defendant (if applicable) |
| 1.14 | Impeachment of Defendant -Statements (if applicable) |
| 1.21 | Preliminary Instruction to Jury Where Identity of Alternates is not Disclosed |

| | |
|---|---|
| 1.22 | A Juror's Recognition of a Witness or Other Party Connected to the Case |
| 2.01 | Function of the Court |
| 2.02 | Function of the Jury |
| 2.03 | Jury's Recollection Controls |
| 2.04 | Evidence in Case - Judicial Notice or Stipulations |
| 2.05 | Statements of Counsel |
| 2.06 | Indictment Not Evidence |
| 2.07 | Inadmissible and Stricken Evidence |
| 2.08 | Burden of Proof- Presumption of Innocence |
| 2.09 | Reasonable Doubt |
| 2.10 | Direct and Circumstantial Evidence |
| 2.11 | Credibility of Witnesses |
| 2.13 | Number of Witnesses |
| 2.14 | Nature of Charges Not to be Considered |
| 2.26 | Police Officer's Testimony |
| 2.27 | Right of Defendant Not to Testify (if applicable) |
| 2.28 | Defendant as Witness (if applicable) |
| 2.29 | False or Inconsistent Statement By Defendant (if applicable) |
| 2.71 | Election of Foreperson |
| 2.72 | Unanimity of Verdict |
| 2.73 | Exhibits During Deliberations |
| 2.74 | Possible Punishment Not Relevant |

| | |
|---|---|
| 2.75 | Communications between Court and Jury During Deliberations |
| 2.76 | Furnishing the Jury with a Copy of the Instructions |
| 3.02 | Proof of State of Mind |
| 3.07 | "On or About" - Proof Of |
| 3.08 | Possession defined |
| 4.79 | Gun Control Act-Possession of Firearm After Conviction of Felony |

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
G. MICHAEL HARVEY
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.   Room #4243
Washington, DC 20530
D.C. Bar #447-465
(202) 305-2195; Fax: 202-514-6010

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Government's, Statement of the Case, Proposed Voir Dire, and Jury Instructions, is to be served upon counsel for the defendant, Rita Bosworth, Esquire, this 12th day of January, 2006.

                                              G. Michael Harvey
                                              ASSISTANT UNITED STATES ATTORNEY