UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-339 (JDB) |
| v. | : | |
| VICTOR BLASSINGAME | : | |

GOVERNMENT'S PROPOSED STATEMENT OF THE CASE
AND VOIR DIRE

The United States, by and through its attorney, Kenneth L. Wainstein, the United States Attorney for the District of Columbia, hereby submits the following proposed statement of the case and voir dire.

STATEMENT OF THE CASE

This is a criminal case. Defendant Victor Blassingame is charged with having committed the following offense: Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year. The government alleges that this occurred on or about August 15, 2005 at approximately 10:15 p.m., in the unit block of M Street, Southwest, Washington, D.C., when officers of the Metropolitan Police Department and United States Capital Police were patrolling the area and recovered a handgun from the interior of white Ford Taurus station wagon which was being driven by the defendant.

PROPOSED VOIR DIRE

1.      Given the information that I just told you, do you think that you may know anything about the facts and circumstances of this case?

2.	I am Judge John D. Bates, and I will be the presiding judge in this case. Assisting me are Tim Bradley, the Deputy Clerk; _____, the court reporter who keeps a record of the proceedings for me and the litigants; and one of my law clerks, _____. Do you know or think that you recognize any of us?

3.	The United States is represented in this case today by Assistant United States Attorney G. Michael Harvey. Do you know or think that you recognize the prosecutor? The attorney representing Mr. Blassingame is Assistant Federal Public Defender Rita Bosworth. Do you know or think that you recognize Ms. Bosworth?

4.	Mr. Blassingame lives in Arlington, Virginia. Do you know or think that you recognize the defendant, Mr. Victor Blassingame?

5.	Do you know or think that you recognize any member of the panel, for example from work, school, socially, prior jury service, or around the neighborhood? Please take a look around to be sure.

6.	The government alleges that the events set forth in the indictment occurred in the unit block of M Street (25 M Street), Southwest, in the District of Columbia. Do you live near, work near, or have anything other than a general familiarity with this location?

7.	a)	The government may call some or all of the following persons as witnesses, who Mr. Harvey will now identify. Not all of these witnesses will necessarily testify. Do you know or think that you recognize any of these proposed witnesses?

	b)	The defense may call some or all of the following persons as witnesses, whom Ms. Bosworth will now identify, although the defense is not required to call any witnesses. Do you know or think that you recognize any of these proposed witnesses?

8. In a criminal trial, the defendant does not need to testify, call any witnesses, or produce any evidence whatsoever to prove his or her innocence. Would you have any difficulty at all in applying this principle of law?

9. A fundamental principle of our legal system is that when a person is charged with a criminal offense, he is presumed to be innocent. The presumption of innocence can only be overcome if the government proves the defendant's guilt beyond a reasonable doubt. Would you have any difficulty at all in applying this principle of law?

10. Because Mr. Blassingame is presumed innocent, he need not testify, nor offer any evidence. Would you view his and his attorney's decision not to put on evidence, as evidence of guilt?

11. To reach a verdict, every juror must agree on the verdict. That is, any verdict must be unanimous. In deliberations you must consider the opinions and points of your fellow jurors. In the final analysis, however, you must follow your own conscience and be personally satisfied with any verdict.

    a) Would you have any difficulty at all in expressing your own opinions and thoughts about this case to your fellow jurors?

    b) Do you feel that you would tend to go along with the majority of jurors, even if you did not agree, just because you were in the minority?

12. Do you have any beliefs regarding the trustworthiness of law enforcement agents or officers as a general matter, such that any of you would tend to give either more or less weight to, or tend to believe or disbelieve, the testimony of a law enforcement agent or officer simply because of his or her status as a law enforcement agent or officer?

13. Have you ever served on a Grand Jury?

*[Follow-up at the bench: Do you understand that the level of proof for conviction at trial is different from the level of proof required to indict? Would you have any difficulty at all in applying the correct standard as I define it for you at the close of this case?]*

14. Have you ever served as a juror in a criminal case in a federal court, a District of Columbia court, or in a court located somewhere else?

*[Follow-up at the bench: What kind of cases, and was the jury able to reach a verdict in each case? Was there anything about that experience -- whether it involved the lawyers, the judge, the defendant, the evidence, or your jury deliberations -- that makes you feel that you would have trouble being fair and impartial, or that you believe would make it difficult for you to serve as a juror in this case?]*

15. Have you (or any of your household members or close friends and relatives) ever worked, in any capacity, for any type of law enforcement agency? This would include, among others, the Federal Bureau of Investigation, the Drug Enforcement Administration, the Metropolitan Police Department, the U.S. Marshal's Service, the Secret Service, the U.S. Park Police, the United States Capital Police, the Postal Inspectors, the Military Police, the CIA, the IRS, Department of Homeland Security or other law enforcement agencies. Please also answer "yes" to this question if you (or any of your household members or close friends and relatives) have ever applied for a job with any such organization, or are planning to in the near future.

*[Follow-up at the bench: What was the nature of the work? Would that experience affect your ability to serve as a juror in this case, especially if issues were to arise concerning the credibility of police officers or law enforcement officers, or defense witnesses?*

*Would that experience affect your ability to be fair and impartial in this case? Would it otherwise make it difficult for you to sit as a juror in this case?]*

      16.      Have you (or any of your household members or close friends and relatives) ever worked, in any capacity, for a prosecutor's office? That can include the Department of Justice, a United States Attorney's Office, the Office of Corporation Counsel for the District of Columbia, or any state, county, or district attorney's office. Please also answer "yes" to this question if you (or any of your household members or close friends and relatives) have ever applied for a job with any such organization, or are planning to in the near future.

      *[Follow-up at the bench: What was the nature of the work? Would that experience affect your ability to serve as a juror in this case, especially if issues were to arise concerning the credibility of police officers or law enforcement officers, or defense witnesses? Would that experience affect your ability to be fair and impartial in this case? Would it otherwise make it difficult for you to sit as a juror in this case?]*

      17.      Have you (or any of your household members or close friends and relatives) ever worked, in any capacity, for a prison, jail, or department of corrections? Please also answer "yes" to this question if you (or any of your household members or close friends and relatives) have ever applied for a job with any such organization, or are planning to in the near future.

      *[Follow-up at the bench: What was the nature of the work? Would that experience affect your ability to serve as a juror in this case, especially if issues were to arise concerning the credibility of police officers or law enforcement officers, or defense witnesses? Would that experience affect your ability to be fair and impartial in this case? Would it otherwise make it difficult for you to sit as a juror in this case?]*

18.     Have you (or any of your household members or close friends and relatives) ever worked, in any capacity, for a criminal defense lawyer, the Federal Public Defender Service, the District of Columbia Public Defender Service, or similar organization, or been involved in any way in the defense of a criminal case?  Please also answer "yes" to this question if you (or any of your household members or close friends and relatives) have ever applied for a job with any such individual or organization, or are planning to in the near future.

*[Follow-up at the bench: What was the nature of the work?  Would that experience affect your ability to serve as a juror in this case, especially if issues were to arise concerning the credibility of police officers or law enforcement officers, or defense witnesses?  Would that experience affect your ability to be fair and impartial in this case?  Would it otherwise make it difficult for you to sit as a juror in this case?]*

19.     Have you (or any of your household members or close friends and relatives) ever studied law or had any legal training?  This would include law school, paralegal training, or any post-graduate legal training.

20.     Have you (or any of your household members or close friends and relatives) ever worked at a courthouse or for a court system, in any capacity, including as a probation or parole officer?  Please also answer "yes" to this question if you (or any of your household members or close friends and  relatives) have ever applied for a job at any such organization, or are planning to in the near future.

*[Follow-up at the bench: What was the nature of the work?  Would that experience affect your ability to serve as a juror in this case, especially if issues were to arise concerning the credibility of police officers or law enforcement officers, or defense witnesses?  Would that*

*experience affect your ability to be fair and impartial in this case?  Would it otherwise make it difficult for you to sit as a juror in this case?]*

21. Have you ever belonged to or participated in any crime prevention groups, such as neighborhood watch organizations, "orange hat" groups, or any other crime prevention groups?

22. Have you (or any of your household members or close friends and relatives) ever had an experience with law enforcement, prosecutors, police officers, or the court or court system, including traffic violations, that would make it difficult for you to be a fair and impartial juror in this case?

23. Do you, because of the reported crime situation in D.C. or because of the reported incarceration rate in D.C., think that your own concerns or feelings would make it difficult to consider the evidence surrounding a criminal charge or to reach a verdict in a criminal case?

24. The offenses in this case involve the alleged unlawful possession of a firearm and ammunition.  Do you feel that, because of the nature of the charges in this case, it might be difficult for you to sit as a juror?

25.  Do you have an opinion or feeling about Federal or local gun laws that would make it difficult to render a fair and impartial verdict based solely upon the evidence presented during the trial?

26. Are you (or any of your household members or close friends and relatives) a member of any group that advocates either for or against handgun laws?

27. Have you (or any of your household members or close friends and relatives) ever been a witness to, a victim of, accused of, arrested for, or convicted of, any crime?  For purposes of this question, do not include minor traffic violations.

28.     This trial is expected to last approximately two days; the length of deliberations is determined by the jury itself.  Do you have an urgent or extremely important matter to attend to this week such that you could be faced with a hardship if selected for the jury in this case?

28.     Do you have any moral, religious, or philosophical beliefs that would make it difficult for you to render a judgment in this case based solely upon the evidence presented during the trial?

29.     The law requires that jurors weigh the evidence in a case and reach a verdict based solely upon the admitted evidence and instructions of law, without any regard whatsoever for what the potential punishment might or might not be.  Would you have any difficulty at all in following this principle?

30.     Anyone who is selected to serve on this jury will take an oath to follow the law as instructed by this Court.  Would you for any reason not be able to accept and follow my instructions regarding the law?

31.     Do you have any vision or hearing problems, or are you sitting next to someone whom you believe may have a hearing problem or trouble understanding the English language? Do any of you suffer from any illness that would make it difficult for you to sit as a juror?  Are any of you presently taking any medication that causes drowsiness, confusion or discomfort?

32.     Is there any reason or issue, not already raised, that might interfere with your ability to treat both sides fairly and arrive at a fair and impartial verdict, or that causes you to feel you should not sit as a juror in this case?

33.     Finally, do any of you know of any other reason why you cannot sit as a juror in this case and be fair to both sides,  and render a fair and impartial verdict based upon the

evidence and the law as you shall hear it?

                                      Respectfully submitted,

                                      KENNETH L. WAINSTEIN
                                      United States Attorney

                                      _____/s/_____
                                      G. MICHAEL HARVEY
                                      Assistant United States Attorney
                                      Federal Major Crimes Section
                                      555 4th Street, N.W.   Room #4243
                                      Washington, DC 20530
                                      D.C. Bar #447-465
                                      (202) 305-2195; Fax: 202-514-6010

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Government's, Statement of the Case, Proposed Voir Dire, and Jury Instructions, is to be served upon counsel for the defendant, Rita Bosworth, Esquire, this 12th day of January, 2006.

                                          G. Michael Harvey
                                          ASSISTANT UNITED STATES ATTORNEY