# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                          Criminal Action 05-339

VICTOR BLASSINGAME

Defendant

**FILED**
FEB 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

Your Honor,

We have reached the point where we realize we are deadlocked and no amount of further conversation will [allow us to] reach the a verdict or alleviate the impasse.

DATE: 2/9/06

TIME: 3:50 pm

FOREPERSON [signature]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                          Criminal Action 05-339

VICTOR BLASSINGAME

        Defendant

**FILED**
FEB 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

Can we have a fifteen minute break. Now.

2/9/06
DATE

FOREPERSON

TIME

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.                                                            Criminal Action 05-339

**VICTOR BLASSINGAME**

Defendant

### Jury Note

Your Honor, we are hopelessly deadlocked in deliberations!

2/9/06
DATE

1:20 pm
TIME

FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.                                                                 Criminal Action 05-339

**VICTOR BLASSINGAME**

Defendant



**FILED**

FEB 0 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

If there is a copy of Ofc. Officer's ~~Maybo~~ Maybo's testimony, please provide it.

2/9/06
DATE

10:05
TIME

FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**


FILED
FEB 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.                              Criminal Action 05-339

**VICTOR BLASSINGAME**

Defendant

### Jury Note

We would like to see the transcript from the hearing in Dec in which Maybo was asked about the gun and he replied "I don't know."

2/9/06
DATE

12:20
TIME

FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                    Criminal Action 05-339

VICTOR BLASSINGAME

Defendant

**FILED**
FEB 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

We have reached a ~~unamous~~ unanimous ~~decison~~ decision in this case.

2/9/06
DATE

4:30
TIME

FOREPERSON