UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VICTOR JOSE BLASSINGAME,<br><br>Defendant. | Criminal Action No.  05-339 (JDB) |

**FILED**

FEB 0 9 2006

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

<u>RESPONSE TO JURY NOTE</u>

You have requested the transcript from a prior hearing in December at which Officer Maybo provided testimony.  The transcript itself was not received in evidence as an exhibit in this case.  Therefore, you will not be able to read the transcript you have requested.  The transcript was read into evidence during Officer Maybo's testimony in this case, but no transcript of that testimony is available.  As you have been instructed earlier, you should rely on your own memory of all the testimony you have heard, and your recollection controls.  With that in mind, you should now continue your deliberations.

_____
JOHN D. BATES
United States District Judge

Dated:  February 9, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VICTOR JOSE BLASSINGAME,<br><br>Defendant. | Criminal Action No. 05-339 (JDB) |

**FILED**

FEB 0 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RESPONSE TO JURY NOTE

You have requested the testimony of Officer Maybo. As is generally true in most cases, a transcript of the testimony in this case has not yet been prepared. Therefore, you will not be able to hear or read the testimony you have requested. As you have been instructed earlier, you should rely on your own memory of all the testimony you have heard, and your recollection controls. With that in mind, you should now continue your deliberations.

/s/ JOHN D. BATES
JOHN D. BATES
United States District Judge

Dated: February 9, 2006