UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

VICTOR JOSE BLASSINGAME,

Defendant.

Criminal Action No. 05-339 (JDB)

**FILED**
FEB 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**VERDICT**

**Count One**

With respect to the offense of unlawful possession of a firearm (a revolver) by a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, we the jury find the defendant

__✓__ Guilty                    _____ Not Guilty

With respect to the offense of unlawful possession of ammunition by a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, we the jury find the defendant

__✓__ Guilty                    _____ Not Guilty

FOREPERSON

2/9/06
DATE