**Mr. Harvey Lewis Martin**
203 N Street, S.W., Apt. 517
Washington, D.C. 20024

March 16, 2006

Hon. John W. Bates
United States District Judge
United States Courthouse
300 Constitution Ave., N.W.
Washington, D.C. 20001

     Re:    Cr. No. 05-339 (JWB), United States v. Victor Blassingame

Dear Judge Bates:

I understand you will be sentencing Victor Blassingame on March 24, 2006. The prosecutor in the case, Mr. Michael Harvey, knew I wanted to share some things with you before you imposed the sentence, and he invited me to come to court that day to tell you in person. However, my health is not very good, and I am not sure whether my health will allow me to come to the sentencing. As a result, I asked the other prosecutor, Bruce Hegyi, to help me write this letter to you. I know you are busy and have a lot of things for which you are responsible. I hope you remember the facts of this case. I was called by the Government to testify at the trial. As I said in my testimony, Victor Blassingame is someone who is very dear to me. I have known him for many years. We used to work together. I think of him as my Godson.

On the night this happened, I had driven to the house I heard Victor was fixing up and was supposed to be moving into. It was in the old neighborhood where his parents had lived. I had not seen him in several years. I was so pleased to see him again. He and I spent the rest of the day together. We were drinking, mostly in celebration of our finding one another again. I think we both had too much to drink. Looking back, I know I did. As a friend, who was looking out for me, Victor insisted on driving me home. I'm sure he did it to protect me from getting into an accident and perhaps hurting myself or someone else. He did it for the best of reasons. He even had his wife drive their car behind us, so that she could drive Victor back to their home, after he had gotten me home safely.

When I testified at the trial, I knew what I had to say was not going to help my friend, Victor. In fact, I knew that what I had to say was probably going to help the Government convict him. However, I said what I said at the trial, because it was the truth. I know the gun the Police found in my car was not mine. I know I keep my car very clean and I go over it frequently. As a result, I know I that gun wasn't in my car before I got to Victor's house. Although I never saw Victor with the gun on that evening, I can add 2 plus 2.

Hon. John W. Bates
March 16, 2006
Page 2

Assuming the gun was Victor's gun, I believe that he had it to protect himself and to protect me. As you know, Washington, D.C., is a dangerous place. Some parts are worse than others. There is a lot of crime where I live. We hear of people being robbed, people being shot, and people being killed in this City almost everyday. I know people use guns to do terrible things to one another.

Although, I have never owned a gun, I can understand why someone who lives in this City might feel the need to have a gun in order to protect himself or to protect those about whom he cares. I know that doesn't make it legal to carry a gun. Still, in my heart, I know that Victor did not have the gun that night to do anyone any harm. To the contrary, he was trying to keep harm from happening to me and maybe to others.

I've been told about Sentencing Guidelines. I'm not sure I completely understand them, but I've been told you have a lot of discretion as to what sentence to give Victor. I know Victor has been in trouble in the past. Still, I believe that Victor is a good man. I hope you will take into consideration that he was trying to help me on the night he was arrested, and that, while having a gun was wrong, he did not have it for an evil reason or to do harm to anyone. I hope you can sentence him to probation. If you don't sentence him to probation, I hope that you will sentence him to the minimum possible sentence.

Thank you very much for reading this letter.

Sincerely yours,

*Harvey Lewis Martin* 3-10-06

Harvey Lewis Martin

cc:    AUSA G. Michael Harvey
       Federal Major Crimes Section
       555 Fourth Street, N.W.
       Fourth Floor
       Washington, D.C. 20530

       Rita Bosworth, Esquire
       Assistant Federal Public Defender
       615 Indiana Avenue, N.W.
       Suite 550
       Washington, D.C. 20004