

March 8, 2006

RE:   VICTOR J. BLASSINGAME
      SS# 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
      Employee #13501

TO WHOM IT MAY CONCERN:

Please accept this letter as confirmation of the fact that Victor Blassingame has been employed by Miller & Long since March 28, 2000. We also employed, on and off, from March 1994 to December 1998. He is a concrete finisher with an hourly rate of $23.00, based on a forty-hour week. He is under the direct supervision of Nate Grant, finisher superintendent.

In his capacity as a finisher, he is assigned a variety of duties, which he fulfills completely and to the satisfaction of his superintendent. He is a very reliable and dependable employee.

I hope this information is helpful to you. If I can be of further assistance in this matter, please do not hesitate to contact me at the address shown below.

Very truly yours,

MILLER & LONG CO., INC.

Myles Gladstone
Vice President of Human Resources

MG/ap