HONORABLE JOHN D. BATES, UNITED STATES DISTRICT Blass JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA : Docket No.: CR-05-0339
:
vs. : SSN:
:
Blassingame, Victor : Disclosure Date: March 20, 2006

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
**Prosecuting Attorney**                          **Date**

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 4/4/06          _Rita Bosworth_ 4/5/06
**Defendant**       **Date**        **Defense Counsel**   **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 3, 2006**, to U.S. Probation Officer **Elizabeth Suarez**, telephone number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
    United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

April 5, 2006

Elizabeth Suarez
United States Probation Officer
United States District Court
3rd and Constitution Avenue, N.W.
Washington, DC 20001

            Re: **United States v. Victor Jose Blassingame**
                 **Criminal Number 05-339-01**

Dear Ms. Suarez:

       Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above indicated case, dated March 20, 2006.

## Objections and Comments

       1.       Mr. Blassingame submits that on page 9, paragraph 41, the person Lavern Abdul Bean Blassingame has been mischaracterized as his daughter, for Lavern is his son.

       2.       Mr. Blassingame submits that paragraph 42 on page 9 misrepresents the fact that his wife is a reliable supportive woman. She works as an accountant for a pre-school in Alexandria, VA, and she can be reached either on her cell phone,           or at work,

       3. On page 10, paragraph 44, Mr. Blassingame submits that he was ordered to undergo drug treatment and a psychological evaluation as part of his sentence from his previous Second Degree murder conviction.

       4. Paragraph 49, page 10, erroneously reports that Mr. Blassingame received his Associate's Degree in 1988, for in reality, he received it in 1980.

       5. On page 11, paragraph 52, it indicates that Mr. Blassingame works up to 24 hours a week, but depending on weather and other conditions, he sometimes works 40 hours or more per week.

6. Though it indicates on page 11, paragraph 54, that Mr. Blassingame has not provided his tax records, he is happy and willing to do so and can bring the tax records to court, or else he can provide them earlier if the probation office can arrange to get them from him.

**Factors That May Warrant Departure**

It is submitted that Mr. Blassingame qualifies for a sentence that is less than the recommended guideline range pursuant to 18 U.S.C. § 3553(a) because the nature of his offense was non-violent and did not result in any harm to anyone, he has been in compliance with all his conditions of release ever since he was arrested, and he is gainfully employed and remains a steadfast and reliable worker as well as a productive, contributing member of society.

Thank you for your consideration of these matters. Please feel free to call me if there are any details which we need to discuss.

Very truly yours,

*Rita Bosworth*

Rita Bosworth
Assistant Federal Public Defender

cc: Gordon Michael Harvey
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20001