UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal Action No. 05-339 (JDB) |
| VICTOR JOSE BLASSINGAME, | |
| Defendant. | |

**FILED**

MAY 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

The Court has been informed by the D.C. Jail that defendant has been held there since the date of sentencing, April 24, 2006. Defendant's detention at D.C. Jail is contrary to the decision rendered by the Court at the sentencing hearing that defendant may remain on the current conditions of release -- that is, work release/halfway house -- until the Bureau of Prisons has designated a federal correctional institution ("FCI") for the service of his sentence and he is directed to surrender. See Minute Entry dated April 24, 2006 ("Defendant to voluntarily surrender. Defendant remains on work release."); see also Judgment at 2 (filed Apr. 24, 2006) ("defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons: As notified by the United States Probation Office").

The Court is informed by the D.C. Pretrial Services Agency, however, that due to contractual restrictions governing placement of sentenced defendants in a halfway house pending FCI designation, defendant's continued eligibility for a halfway house placement remains in question, and thus his return to a halfway house cannot be guaranteed, notwithstanding the Court's prior ruling. The Court thus concludes that the conditions of release should be modified

to effectuate the Court's ruling that, pending FCI designation and voluntary surrender, defendant may remain on release subject to conditions equivalent to community confinement, consistent with the conditions contemplated at the sentencing hearing. Accordingly, the Court will issue a separate order on this date modifying defendant's conditions of release and effectuating defendant's placement in the D.C. Pretrial Services Agency High Intensity Supervision Program pending his voluntary surrender for sentencing. The Court has been advised informally by both government and defense counsel that they concur in this course of action. The terms and conditions of the High Intensity Supervision Program are, through this Order, binding on defendant notwithstanding the absence of defendant's signature on the form, which is not practicable under the present circumstances. These terms and conditions include defendant's appearance for program orientation on May 15, 2006, at 10:00 a.m. at the D.C. Pretrial Services Agency, at which time defendant shall sign the accompanying order placing him in the program. See Dkt. #33. Defendant also will be required to abide by the program's restrictions governing community supervision, including but not limited to curfew, refraining from illegal drug use, participating in drug testing, and complying with reporting requirements.

Accordingly, it is hereby

ORDERED that defendant Victor Blassingame (PDID# 354242) shall be released from D.C. Jail forthwith; it is further

ORDERED that defendant shall report to the D.C. Pretrial Services Agency for program orientation on May 15, 2006 at 10:00 a.m. at 633 Indiana Ave., NW, Tenth Floor, Suite 1020, Washington, DC; it is further

ORDERED that the terms and conditions of the High Intensity Supervision Program set forth in the separate order issued on this date [Dkt. #33] are incorporated by reference; it is further

ORDERED that failure to abide by the terms and conditions of the High Intensity Supervision Program may result in revocation of defendant's release pending FCI designation; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order on defendant forthwith

_____
JOHN D. BATES
United States District Judge

Dated: May 10, 2006


Copies to:

Rita Bosworth
Office of the Federal Public Defender
625 Indiana Avenue, Northwest
Washington, D.C. 20004
Email: rita_bosworth@fd.org

G. Michael Harvey
U.S. Attorney's Office
555 Fourth St., NW
Washington, DC 20004
Email: michael.harvey2@usdoj.gov

Deborah Miller, Case Manager
D.C. Jail
1901 D St., SE
Washington, DC 20003