HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

FILED

JUN 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Victor Jose Blassingame                Docket No.: CR 05-339-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Victor Jose Blassingame** having been sentenced, on April 24, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FCI Fort Dix__, in __Fort Dix, NJ__ by 2 p.m., on __June 23, 2006__.

__June 13, 2006__
Date

JOHN D. BATES
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine or both.

ATTORNEY/U.S. PROBATION OFFICER            DEFENDANT

Revised 6-2004