# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

U.S.A. vs.   Victor Blassingame                      Docket No.: **CR-05-339-01**

---

The Court may enter a minute order for any of the following options:
Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

THE COURT ORDERS:

☒ Concur with recommendation of the Probation Office

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

☐ Issuance of a summons and scheduling of a Hearing on Violation

☒ Schedule __X__ Hearing on Violation or _____ Modification Hearing with Voluntary appearance

　　☒ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge.

☐ Other _____

**FILED**
JUL 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
John D. Bates
United States District Judge

_____
Date