CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC  20001

September 3, 2008

UNITED STATES OF AMERICA

V.                                              Criminal No.  05-339 (JDB)

VICTOR BLASSINGAME

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE SET/RESET FOR:   HEARING ON VIOLATION

DATE:                 SEPTEMBER 17, 2008

TIME:                 1:45 P.M.

JUDGE:                MAG. JUDGE JOHN M. FACCIOLA

COURTROOM:   No. __6__ - __Second__ Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By:_____TIM BRADLEY_____
                 Deputy Clerk

cc:  Chambers
     File
     Courtroom Clerk

MAG. JUDGE FACCIOLA
LYNN COLN
TASHEEKA HAWKINS, AUSA
ERIKA FREEMAN, FPD
VICTOR BLASSINGAME, 4011 E ST, SE, WASHINGTON, DC  20019